**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 |
| EUGENA ANN JAMES, | ) | |
| | ) | |
| Debtor. | ) | Case No. 14-30492 |

## TRUSTEE'S OBJECTION TO CLAIM

TO:  Atlas Acquisitions LLC

Dana S. Frazier, Chapter 7 Trustee (hereinafter "Trustee") objects to the following claim(s):

| Claimant of Claim Objected To | Claim Number | Amount of Claim |
|---|---|---|
| Atlas Acquisitions LLC | 2 | $726.86 |

Said claim should be disallowed as it is not scheduled and because the claim is unenforceable against the Debtor. The claim for the obligation exceeds the statute of limitations to enforce such debt.  According to the proof of claim account detail provided, the last payment was made on 12/24/2002, which date is outside most state's 10 year statute of limitations and beyond Illinois' period of five years.   The basis for the Trustee's objection is as follows:

Claim is unenforceable against the Debtor.

**IF YOUR DISAGREE WITH THIS OBJECTION, YOU MUST FILE YOUR RESPONSE WITH THE BANKRUPTCY COURT ON OR BEFORE THE 24th DAY OF FEBRUARY 2015 AND SERVE A COPY OF YOUR RESPONSE ON THE TRUSTEE AND ALL PARTIES LISTED ON THE ATTACHED PROOF OF SERVICE.**

**IF A RESPONSE IS NOT FILED WITH THE BANKRUPTCY COURT** on or before February 24, 2015, the Court will enter on the Hearing Date for the Trustee's Final Report, upholding the above Trustee's Objection to your Claim(s).

**IF A RESPONSE IS FILED WITH THE BANKRUPTCY COURT** on or before the 24th day of February 2015, and a resolution cannot be reached between the Trustee and you as the Responding Claimant, a hearing will be held on the Trustee's Objection to Claim(s) and your response thereto. This hearing will be held on the same date as the hearing on the Trustee's Final Report. A Notice of Hearing on the Trustee's Final Report and the Trustee's Objection to Claim(s) will be sent to you at a later date

and time. Failure to appear at the Final Report Hearing may result in the Court sustaining the Trustee's Objection to your Claim(s).

Go to www.ilsb.uscourts.gov for information regarding mandatory electronic filing.

**WHEREFORE,** Dana S. Frazier, Trustee, prays that the Court sustain the Trustee's objection to the claim(s) as set forth above and for such other and further relief as this court deems just and equitable.

Date: February 3, 2015

/s/ Dana S. Frazier
Dana S. Frazier, Chapter 7 Trustee

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a copy of the **Trustee's Objection to Claim** by U.S. Mail or Electronic Mail to:

William Mueller, Debtor's Attorney

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ  07601

U.S. Trustee, Region 10

Dated:  February 3, 2015

/s/ Dana S. Frazier
Dana S. Frazier, Chapter 7 Trustee

Frazier Law Office, LLC
P.O. Box 159
Murphysboro, IL  62966
Phone:   (618) 687-5707
Fax:       (618) 687-5710